Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▼

Richmond Division

| | | |
|---|---|---|
| Troy Antonio Smith | ) | Case No. 3:23cv292 |
| | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | Jury Trial: _(check one)_ ☑Yes ☐No |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| DuPont Specialty Products USA, LLC | ) | |
| Carell M. Greene | ) | |
| Charlene E. Spurlock | ) | |
| Angela V. Barnes | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.)_ | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Troy Antonio Smith |
| Street Address | 4042 Hailey Crescent Dr. #203 |
| City and County | Midlothian |
| State and Zip Code | VA 23112 |
| Telephone Number | 9018277919 |
| E-mail Address | troyasmith03@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — DuPont Specialty Products USA, LLC

Job or Title *(if known)* —

Street Address — 5401Jefferson Davis Highway

City and County — Richmond

State and Zip Code — Virginia 23234

Telephone Number — (804) 383-2300

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Carell M. Greene

Job or Title *(if known)* — First Line Manager

Street Address — 3755 Knighton Circle

City and County — Midlothian, Chesterfield

State and Zip Code — Virginia 23112

Telephone Number — 8043969556

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Charlene E. Spurlock

Job or Title *(if known)* — First Line Supervisor

Street Address — 6006 Holly Trace Terrace

City and County — Chesterfield

State and Zip Code — Virginia 23832

Telephone Number — 8042417338

E-mail Address *(if known)* — charlene.e.spurlock@dupont.com

**Defendant No. 4**

Name — Angela V. Barnes

Job or Title *(if known)* — Site Training Specialist

Street Address — 4790 Charles City Road

City and County — Henrico

State and Zip Code — Virginia 23231

Telephone Number — 8048016971

E-mail Address *(if known)* —

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Dupont Specialty Products USA, LLC |
| Street Address | 5401 Jefferson Davis Highway |
| City and County | Richmond |
| State and Zip Code | Virginia 23234 |
| Telephone Number | (804) 383-2000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:   Sexual Harrassment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 21, 2022, April 21, 2022, June 7, 2022

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race   _____
- ☐ color   _____
- ☑ gender/sex   I am a transgender male.
- ☐ religion   _____
- ☐ national origin   _____
- ☐ age *(year of birth)*   _____   *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

While working at DuPont, I experienced several incidents of sexual harrasment and discrimination in my work environment based on my gender identity. After officially reporting these incidents to my supervisor C.Greene, the proper protocol was not taken and confidential information about my gender identity was exposed to other employees in the department. Not only were my rights violated and unprotected, but I was also subject to work in a hostile, discriminatory work envoironment where there was no regard for my privacy or safety regarding my gender identity. I was wrongfully terminated from DuPont after I was falsely accused of verbally assaulting my supervisor and for not engaging in activity that would have violated my protected rights.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
June 20, 2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)*   01/31/2023          .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost wages from employment and unlawful termination, to include back and front pay - $80,000
Compensatory and Punitive Damages for Discrimination (for a company with more than 500 employees) -
$350,000
Compensatory Emotional Distress/Slander/Defamation Damages - $300,000

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be
served.  I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:    05/01/2023

Signature of Plaintiff

Printed Name of Plaintiff    Troy A. Smith

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address