IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TROY ANTONIO SMITH,
    Plaintiff,

v.                                                      Civil Action No. 3:23cv292

DUPONT SPECIALTY PRODUCTS USA, LLC,
    Defendant.

## FINAL ORDER

On June 4, 2024, the plaintiff, Troy Antonio Smith, and the defendant, DuPont Specialty Products USA, LLC, filed a joint stipulation of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 37.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement between the parties.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 5 June 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge